| AO 10*<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Freeman, Beth L. | 2. Court or Organization<br><br>U.S. District Court, Northern District of California | 3. Date of Report<br><br>05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>280 South First St.<br>San Jose, CA 95113 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | Superior Court. San Mateo County, California (01/01/2014-02/25/2014) |
| 2. | Co-Trustee | Trust No. 1 |
| 3. | Director | Junior Statesmen Foundation |
| 4. | Member, Board of Governors | Association of Business Trial Lawyers |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1983 | San Mateo County Employees Retirement Association - Pension |
| 2. | 2001 | Judicial Retirement System II, California - Judicial Pension (terminated 02/26/2014) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Superior Court of Calfornia - Salary | $39,913.22 |
| 2. 05/16/2014 | Judges' Retirement System II - Distribution of Pension | $701,969.50 |
| 3. 2014 | San Mateo County Employees' Retirement Association - Pension | $63,379.69 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed: Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association | Contribution to induction ceremony; Annual judges' lunch | $570.00 |
| 2. | San Mateo County Bar Association | Honorary membership; 3 judges' lunch events | $380.00 |
| 3. | Association of Business Trial Lawyers | Honorary membership; 3 dinner meetings | $420.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. - Brokerage Account #1 (H) | | | | | | | | | |
| 3. -- Schwab U.S. Treasury Money Fund Account | | None | L | T | | | | | |
| 4. -- Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 5. -- Abbvie Inc. Common Stock | A | Dividend | K | T | | | | | |
| 6. -- American International Group Common Stock | A | Dividend | K | T | | | | | |
| 7. -- Amgen Inc. Common Stock | A | Dividend | J | T | | | | | |
| 8. -- Apple Inc. Common Stock | C | Dividend | N | T | | | | | |
| 9. -- AT&T Inc. Common Stock (Y) | | | | | | | | | |
| 10. -- Berkshire Hathaway Common Stock | | None | K | T | | | | | |
| 11. -- Chipotle Mexican Grill Common Stock | | None | J | T | | | | | |
| 12. -- Citigroup Inc. Common Stock | A | Dividend | | | Sold | 05/19/14 | K | | |
| 13. -- Coca-Cola Company Common Stock | B | Dividend | L | T | | | | | |
| 14. -- Colgate-Palmolive Co. Common Stock | A | Dividend | K | T | | | | | |
| 15. -- Comcast Corp. Stock | B | Dividend | M | T | | | | | |
| 16. -- CVS Caremark Corp. Common Stock | B | Dividend | M | T | Sold (part) | 06/03/14 | K | E | |
| 17. -- Deven Energy Corp. Common Stock | A | Dividend | | | Sold | 05/19/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- DirecTV Common Stock | | None | K | T | | | | | |
| 19. -- Google Inc. Common Stock | | None | | | Donated | | | | |
| 20. -- IBM Corp. Common Stock | A | Dividend | K | T | | | | | |
| 21. -- Intuitive Surgical Common Stock | | None | K | T | | | | | |
| 22. -- Marathon Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 23. -- Marathon Pete Corp. Common Stock | A | Dividend | K | T | | | | | |
| 24. -- MasterCard Inc. Common Stock | A | Dividend | K | T | | | | | |
| 25. -- McDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 26. -- Microsoft Corp. Common Stock | D | Dividend | N | T | | | | | |
| 27. -- nVidia Corp. Common Stock | A | Dividend | K | T | | | | | |
| 28. -- Oracle Corp. Common Stock | A | Dividend | | | Sold | 05/19/14 | J | C | |
| 29. -- Pepsico Inc. Common Stock | C | Dividend | M | T | | | | | |
| 30. -- Procter & Gamble Corp. Common Stock | C | Dividend | M | T | | | | | |
| 31. -- Rite Aid Corp. Common Stock | | None | J | T | | | | | |
| 32. -- Spectrum Brands Holdings Common Stock | A | Dividend | J | T | | | | | |
| 33. -- Target Corp. Common Stock | A | Dividend | K | T | | | | | |
| 34. -- Texas Instruments Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- TJX Companies Inc. Common Stock | A | Dividend | K | T | | | | | |
| 36. -- Verisign Inc. Common Stock | | None | K | T | | | | | |
| 37. -- Verizon Communications Stock | A | Dividend | | | Spinoff (from line 40) | 02/21/14 | J | | |
| 38. | | | | | Sold | 05/19/14 | J | A | |
| 39. -- Visa Inc. Common Stock | A | Dividend | M | T | | | | | |
| 40. -- Vodafone Group Common Stock | A | Dividend | | | Sold | 05/19/14 | J | | |
| 41. -- Walgreen Co. Common Stock | A | Dividend | K | T | | | | | |
| 42. -- Wal-Mart Stores Inc. Common Stock | A | Dividend | K | T | | | | | |
| 43. -- Absolute Opportunities Fund | | None | | | Sold | 05/19/14 | J | B | |
| 44. -- American Century Intermediate-Term Tax-Free Bond Fund | A | Dividend | | | Sold | 05/19/14 | K | B | |
| 45. -- Arbitrage Fund Class R | | None | | | Sold | 05/19/14 | J | A | |
| 46. -- DFA Short Term Municipal Bond Fund | A | Dividend | | | Sold | 05/19/14 | K | A | |
| 47. -- DFA U.S. Core Equity 2 Portfolio Fund | A | Dividend | | | Sold | 05/19/14 | J | B | |
| 48. -- Dreyfus Intermediate Municipal Bond Fund | A | Dividend | | | Sold | 05/19/14 | K | B | |
| 49. -- Dreyfus Short-Intermediate Municipal Bond Fund | A | Dividend | | | Sold | 05/19/14 | K | A | |
| 50. -- iShares MSCI Pacific Ex-Japan Index Fund | B | Dividend | K | T | | | | | |
| 51. -- PowerShares DB Commodity Index Tracking Fund | | None | | | Sold | 05/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Schwab 1000 Index Fund | | None | | | Sold | 05/19/14 | J | C | |
| 53. -- Schwab Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 54. -- SPDR S&P 500 ETF | C | Dividend | M | T | | | | | |
| 55. -- Vanguard California Int.-Term Tax Exempt Adm. Fund | B | Dividend | | | Sold | 05/19/14 | M | D | |
| 56. -- Vanguard California Int.-Term Tax Exempt Inv. Fund | A | Dividend | | | Sold | 05/19/14 | K | C | |
| 57. -- Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |
| 58. -- Vanguard International Equity All World ex-US ETF | A | Dividend | | | Sold | 05/19/14 | K | B | |
| 59. -- Vanguard Growth Index Fund | A | Dividend | K | T | | | | | |
| 60. -- Vanguard Limited Term Tax Exempt Investor Share | A | Dividend | | | Sold | 05/19/14 | K | A | |
| 61. -- Vanguard FTSE Developed Markets ETF | B | Dividend | L | T | | | | | |
| 62. -- Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 05/19/14 | K | A | |
| 63. -- Vanguard Short-Term Tax Exempt Fund | A | Dividend | | | Sold | 05/19/14 | J | A | |
| 64. -- Vanguard Total Stock Market ETF | D | Dividend | N | T | Sold (part) | 05/19/14 | N | F | |
| 65. -- State of California Bonds | D | Interest | | | Sold | 05/19/14 | M | E | |
| 66. -- Castro Valley California Unified School District Bond | A | Interest | | | Buy | 04/17/14 | K | | |
| 67. | | | | | Sold | 05/19/14 | K | | |
| 68. -- Hemet California Unified School District Bond | C | Interest | | | Buy | 04/17/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/19/14 | M | B | |
| 70. -- Piedmont California Unified School District Bond | A | Interest | | | Buy | 04/17/14 | J | | |
| 71. | | | | | Sold | 05/19/14 | J | | |
| 72. -- Liberty Global Inc. Common Stock | | None | | | Sold | 05/19/14 | J | B | |
| 73. -- Schwab Value Advantage Money Fund | A | Dividend | M | T | | | | | |
| 74. -- Sonic Corp. Common Stock | A | Dividend | J | T | | | | | |
| 75. -- SPDR Gold Trust Shares | | None | | | Sold | 05/19/14 | J | C | |
| 76. -- American Beacon Gbl Evol Frontier Markets Income Fund | C | Dividend | M | T | Buy | 10/22/14 | M | | |
| 77. -- ASTON/River Road Independent Value Fund | D | Dividend | M | T | Buy | 05/21/14 | M | | |
| 78. | | | | | Buy (add'l) | 06/03/14 | M | | |
| 79. | | | | | Sold (part) | 10/22/14 | M | | |
| 80. -- Center Coast MLP Focus Fund | D | Dividend | M | T | Buy | 05/21/14 | M | | |
| 81. | | | | | Buy (add'l) | 06/03/14 | K | | |
| 82. | | | | | Sold (part) | 10/22/14 | K | A | |
| 83. -- MainStay Marketfield Fund | | None | M | T | Buy | 05/21/14 | M | | |
| 84. | | | | | Buy (add'l) | 06/03/14 | L | | |
| 85. | | | | | Sold (part) | 10/22/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Stone Ridge Reinsurance Risk (X) Premium Fund | E | Dividend | N | T | | | | | |
| 87. -- RiverPark Short Term High Yield Fund | D | Dividend | N | T | Buy | 05/21/14 | N | | |
| 88. | | | | | Buy (add'l) | 12/26/14 | K | | |
| 89. -- DoubleLine Total Return Bond Fund | D | Dividend | N | T | Buy | 05/21/14 | N | | |
| 90. | | | | | Sold (part) | 11/05/14 | L | | |
| 91. -- Angel Oak Multi-Strategy Income Fund | E | Dividend | N | T | Buy | 05/21/14 | O | | |
| 92. | | | | | Sold (part) | 11/05/14 | M | | |
| 93. -- Legg Mason Brandywine Alternative Credit Fund | B | Dividend | N | T | Buy | 11/05/14 | N | | |
| 94. | | | | | Sold | 12/05/14 | N | C | |
| 95. | | | | | Buy | 12/11/14 | N | | |
| 96. | | | | | Buy (add'l) | 12/26/14 | K | | |
| 97. -- Palmer Square Income Plus Fund | D | Dividend | N | T | Buy | 05/21/14 | N | | |
| 98. | | | | | Buy (add'l) | 11/05/14 | K | | |
| 99. -- Semper MBS Total Return | C | Dividend | | | Buy | 05/21/14 | L | | |
| 100. | | | | | Sold | 11/05/14 | L | A | |
| 101. - Brokerage Account #2 (H) | | | | | | | | | |
| 102. -- Schwab ADV Cash Reserve Premium Account (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Comcast Corp. Common Stock | | | | | Sold | 04/17/14 | J | | |
| 104. -- SPDR S&P 500 ETF | | | | | Sold | 04/17/14 | K | | |
| 105. -- Stone Ridge Reinsurance Risk Premium Fund | | | | | Sold | 04/17/14 | K | | |
| 106. -- State of California Bonds (X) | | None | | | Redeemed | 02/01/14 | J | A | |
| 107. | | None | | | Redeemed | 04/01/14 | K | | |
| 108. | | None | | | Sold | 04/17/14 | M | | |
| 109. -- Castro Valley California Unified School District Bond (X) | | None | | | Sold | 04/17/14 | K | | |
| 110. -- Hemet California Unified School District Bond (X) | | None | | | Sold | 04/17/14 | M | | |
| 111. -- Piedmont California Unified School District Bond (X) | | None | | | Sold | 04/17/14 | K | | |
| 112. -- Schwab AMT Tax-Free Money Market Fund (X) | | None | | | Sold | 04/17/14 | M | | |
| 113. - Brokerage Account #3 (H) | | | | | | | | | |
| 114. -- FIA Card Services N.A. Money Market Account (Y) | | | | | | | | | |
| 115. -- State of California Bonds (Y) | | | | | | | | | |
| 116. -- Castro Valley California Unified School District Bond (Y) | | | | | | | | | |
| 117. -- Hemet California Unified School District Bond (Y) | | | | | | | | | |
| 118. -- Piedmont California Unified School District Bond (Y) | | | | | | | | | |
| 119. Trust # 2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust #3 (H) | | | | | | | | | |
| 121. - Brokerage Account #6 (H) | | | | | | | | | |
| 122. -- Schwab U.S. Treasury Money Market Fund | | None | L | T | | | | | |
| 123. -- Apple Inc. Common Stock | B | Dividend | M | T | | | | | |
| 124. -- Coca-Cola Company Common Stock | A | Dividend | K | T | | | | | |
| 125. -- Comcast Corp. Common Stock | A | Dividend | K | T | | | | | |
| 126. -- CVS Caremark Corp. Common Stock | A | Dividend | L | T | | | | | |
| 127. -- Marathon Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 128. -- Marathon Pete Corp. Common Stock | A | Dividend | J | T | | | | | |
| 129. -- McDonald's Corp. Common Stock | A | Dividend | J | T | | | | | |
| 130. -- Microsoft Corp. Common Stock | B | Dividend | K | T | | | | | |
| 131. -- Pepsico Inc. Common Stock | A | Dividend | K | T | | | | | |
| 132. -- Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 133. -- Visa Inc. Common Stock | A | Dividend | K | T | | | | | |
| 134. -- Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 135. -- iShares MSCI Pacific Ex. Japan Index Fund | A | Dividend | J | T | | | | | |
| 136. -- SPDR S&P 500 ETF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |
| 138. -- Vanguard FTSE All-World Ex-US ETF | A | Dividend | J | T | | | | | |
| 139. -- DirecTV Common Stock | | None | K | T | | | | | |
| 140. -- American Beacon Gbl Evol Frontier Markets Income Fund | A | Dividend | K | T | Buy | 11/05/14 | K | | |
| 141. -- ASTON/River Road Independent Value Fund | C | Dividend | K | T | Buy | 05/21/14 | L | | |
| 142. | | | | | Sold (part) | 11/04/14 | K | | |
| 143. -- Center Coast MLP Focus Fund | C | Dividend | L | T | Buy | 05/21/14 | L | | |
| 144. -- RiverPark Short Term High Yield Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 145. -- DoubleLine Total Return Bond Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 146. | | | | | Sold (part) | 12/12/14 | J | | |
| 147. -- Angel Oak Multi-Strategy Income Fund | C | Dividend | L | T | Buy | 05/21/14 | L | | |
| 148. | | | | | Sold (part) | 12/12/14 | K | | |
| 149. -- Legg Mason Brandywine Alternative Credit Fund | A | Dividend | L | T | Buy | 12/15/14 | L | | |
| 150. -- Semper MBS Total Return Fund | A | Dividend | | | Buy | 05/21/14 | J | | |
| 151. | | | | | Sold | 12/12/14 | K | A | |
| 152. -- Stone Ridge Reinsurance Risk Premium Fund (X) | | None | | | Sold | 11/14/14 | K | C | |
| 153. -- New Heights Associates LLC (inherited) (X) | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Trust #4 (H) | | | | | | | | | |
| 155.  - Brokerage Account #7 (H) | | | | | | | | | |
| 156.  -- Schwab US Treasury Money Fund Account (Y) | | | | | | | | | |
| 157.  -- Apple Inc. Common Stock | A | Dividend | K | T | | | | | |
| 158.  -- Berkshire Hathaway Common Stock | | None | | | Sold | 05/19/14 | J | B | |
| 159.  -- Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 160.  -- Proctor & Gamble Common Stock | A | Dividend | | | Sold | 05/19/14 | J | B | |
| 161.  -- Absolute Strategies Fund | | None | | | Sold | 05/19/14 | K | B | |
| 162.  -- Arbitrage Fund Class Institutional | | None | | | Sold | 05/19/14 | J | A | |
| 163.  -- DFA US Core Equity 1 Portfolio Fund | A | Dividend | K | T | | | | | |
| 164.  -- FPA Crescent Fund Institutional | B | Dividend | K | T | | | | | |
| 165.  -- American Beacon Gbl Evol Frontier Markets Income Fund | A | Dividend | K | T | Buy | 11/05/14 | K | | |
| 166.  -- Center Coast MLP Focus Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 167.  -- RiverPark Short term High Yield Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 168.  -- DoubleLine Total Return Bond Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 169. | | | | | Sold (part) | 12/12/14 | J | | |
| 170.  -- Angel Oak Multi-Strategy Income Fund | B | Dividend | K | T | Buy | 05/21/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/12/14 | K | | |
| 172. -- Legg Mason Brandywine Alternative Credit Fund | A | Dividend | K | T | Buy | 12/15/14 | K | | |
| 173. -- Schwab AMT Tax-Free Money Fund (X) | A | Dividend | K | T | | | | | |
| 174. -- ASTON/River Road Independent Value Fund | | None | | | Buy | 05/21/14 | K | | |
| 175. | | | | | Sold | 11/04/14 | K | | |
| 176. -- Semper MBS Total Return Fund | A | Dividend | | | Buy | 05/21/14 | J | | |
| 177. | | | | | Sold | 12/12/14 | J | A | |
| 178. -- Stone Ridge Reinsurance Risk Premium Fund (X) | | None | | | Sold | 11/14/14 | J | B | |
| 179. IRA #1 (H) | | | | | | | | | |
| 180. - Schwab U.S. Treasury Money Fund Account (Y) | | | | | | | | | |
| 181. - Vanguard REIT ETF | A | Dividend | | | Sold | 05/19/14 | K | C | |
| 182. - State of California Municipal Bonds | B | Interest | | | Sold | 05/19/14 | K | D | |
| 183. - Stone Ridge Reinsurance Risk Premium Fund | D | Dividend | L | T | Buy (add'l) | 05/21/14 | L | | |
| 184. - BMO Small-Cap Growth Fund | C | Dividend | K | T | Buy | 05/21/14 | K | | |
| 185. - John Hancock Disciplined Value Mid Cap Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 186. - Touchstone Small Cap Core Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 187. - Voya MidCap Opportunities Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Artisan International Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 189.  - Dodge & Cox International Stock Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 190.  - Oakmark International Small Cap Fund | C | Dividend | K | T | Buy | 05/21/14 | K | | |
| 191.  - Wasatch Emerging Markets Small Cap Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 192.  - Wasatch Frontier Emerging Small Countries Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 193.  - American Beacon Gbl Evol Frontier Martkets Income Fund | B | Dividend | M | T | Buy | 11/05/14 | M | | |
| 194.  - ASTON/River Road Independent Value Fund | C | Dividend | L | T | Buy | 05/21/14 | M | | |
| 195. | | | | | Sold (part) | 11/04/14 | L | | |
| 196.  - MainStay Marketfield Fund | | None | L | T | Buy | 05/21/14 | M | | |
| 197. | | | | | Sold (part) | 11/04/14 | L | | |
| 198.  - UBS Alerian MLP Infrastructure ETN | B | Dividend | L | T | Buy | 05/21/14 | L | | |
| 199.  - RiverPark Short Term High Yield Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 200.  - DoubleLine Total Return Bond Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 201. | | | | | Sold (part) | 11/20/14 | J | | |
| 202.  - Angel Oak Multi-Strategy Income Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 203. | | | | | Sold (part) | 11/20/14 | J | | |
| 204.  - Legg Mason Brandywine Alternative Credit Fund | A | Dividend | K | T | Buy | 11/21/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Palmer Square Income Plus Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 206. - Semper MBS Total Return Fund | A | Dividend | | | Buy | 05/21/14 | J | | |
| 207. | | | | | Sold | 11/20/14 | J | A | |
| 208. IRA #2 (H) | | | | | | | | | |
| 209. - Schwab U.S. Treasury Money Fund Account (Y) | | | | | | | | | |
| 210. - Abbott Laboratories Common Stock | A | Dividend | | | Sold | 05/19/14 | J | C | |
| 211. - Abbvie Inc. Common Stock | A | Dividend | | | Sold | 05/19/14 | J | D | |
| 212. - CVS Caremark Corp. Common Stock | A | Dividend | | | Sold | 05/19/14 | K | D | |
| 213. - iShares Treasury Bond ETF | A | Dividend | | | Sold | 05/19/14 | L | C | |
| 214. - Stone Ridge Reinsurance Risk Premium Fund | B | Dividend | K | T | Buy (add'l) | 05/21/14 | J | | |
| 215. - BMO Small-Cap Growth Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 216. - John Hancock Disciplined Value Mid Cap Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 217. - Touchstone Small Cap Core Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 218. - Voya MidCap Opportunities Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 219. - Artisan International Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 220. | | | | | Sold (part) | 09/24/14 | J | A | |
| 221. - Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Oakmark International Small Cap Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 223. - Wasatch Emerging Markets Small Cap Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 224. | | | | | Sold (part) | 09/24/14 | J | A | |
| 225. - Wasatch Frontier Emerging Small Countries Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 226. - American Beacon Gbl Evol Frontier Martkets Income Fund | A | Dividend | K | T | Buy | 11/05/14 | K | | |
| 227. - ASTON/River Road Independent Value Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 228. | | | | | Sold (part) | 11/04/14 | J | | |
| 229. - MainStay Marketfield Fund | | None | K | T | Buy | 05/21/14 | K | | |
| 230. | | | | | Sold (part) | 11/04/14 | K | | |
| 231. | | | | | Sold (part) | 09/24/14 | J | | |
| 232. - UBS Alerian MLP Infrastructure ETN | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 233. | | | | | Sold (part) | 09/24/14 | J | A | |
| 234. - RiverPark Short Term High Yield Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 235. - DoubleLine Total Return Bond Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 236. | | | | | Sold (part) | 11/20/14 | J | | |
| 237. - Angel Oak Multi-Strategy Income Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 238. | | | | | Sold (part) | 11/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Legg Mason Brandywine Alternative Credit Fund | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 240. - Palmer Square Income Plus Fund | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 241. - Semper MBS Total Return Fund | A | Dividend | | | Buy | 05/21/14 | J | | |
| 242. | | | | | Sold | 11/20/14 | J | | |
| 243. IRA #3 (H) | | | | | | | | | |
| 244. - Schwab U.S. Treasury Money Fund (Y) | | | | | | | | | |
| 245. - Abbott Laboratories Common Stock | A | Dividend | | | Sold | 05/19/14 | K | D | |
| 246. - Abbvie Inc. Common Stock | A | Dividend | | | Sold | 05/19/14 | K | E | |
| 247. - Bristol Myers Squibb Company Common Stock | A | Dividend | | | Sold | 05/19/14 | K | D | |
| 248. - Comcast Corporation Common Stock | A | Dividend | | | Sold | 05/19/14 | K | E | |
| 249. - CVS Caremark Corp. Common Stock | A | Dividend | | | Sold | 05/19/14 | L | E | |
| 250. - iShares Barclays TIPS Bond Fund | A | Dividend | | | Sold | 05/19/14 | K | C | |
| 251. - Schwab US Broad Market ETF | A | Dividend | | | Sold | 05/19/14 | K | C | |
| 252. - Vanguard Inflation-Protected Securities Fund | A | Dividend | | | Sold | 05/19/14 | K | C | |
| 253. - State of California Bonds | B | Interest | | | Sold | 05/19/14 | K | D | |
| 254. - DirecTV Common Stock | | None | | | Sold | 05/19/14 | J | C | |
| 255. - Potash Corp Saskatchewan Inc. Common Stock | A | Dividend | | | Sold | 05/19/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Stone Ridge Reinsurance Risk Premium Fund | D | Dividend | M | T | Buy (add'l) | 05/21/14 | K | | |
| 257. - U.S. Treasury Bonds | A | Interest | | | Sold | 05/19/14 | K | B | |
| 258. - SPDR S&P 500 ETF | D | Dividend | | | Sold | 05/19/14 | O | G | |
| 259. - BMO Small-Cap Growth Fund | C | Dividend | K | T | Buy | 05/21/14 | K | | |
| 260. - John Hancock Disciplined Value Mid Cap Fund | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 261. - Touchstone Small Cap Core Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 262. - Voya MidCap Opportunities Fund | C | Dividend | K | T | Buy | 05/21/14 | K | | |
| 263. - Artisan International Fund | A | Dividend | L | T | Buy | 05/21/14 | L | | |
| 264. - Dodge & Cox International Stock Fund | B | Dividend | L | T | Buy | 05/21/14 | L | | |
| 265. - Oakmark International Small Cap Fund | C | Dividend | L | T | Buy | 05/21/14 | L | | |
| 266. - Wasatch Emerging Markets Small Cap Fund | A | Dividend | L | T | Buy | 05/21/14 | L | | |
| 267. - Wasatch Frontier Emerging Small Countries Fund | B | Dividend | L | T | Buy | 05/21/14 | L | | |
| 268. - American Beacon Gbl Evol Frontier Martkets Income Fund | B | Dividend | M | T | Buy | 11/05/14 | M | | |
| 269. - ASTON/River Road Independent Value Fund | D | Dividend | M | T | Buy | 05/21/14 | M | | |
| 270. | | | | | Sold (part) | 11/04/14 | L | | |
| 271. - MainStay Marketfield Fund | | None | M | T | Buy | 05/21/14 | M | | |
| 272. | | | | | Sold (part) | 11/04/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - UBS Alerian MLP Infrastructure ETN | C | Dividend | M | T | Buy | 05/21/14 | M | | |
| 274. - RiverPark Short Term High Yield Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 275. - DoubleLine Total Return Bond Fund | B | Dividend | K | T | Buy | 05/21/14 | J | | |
| 276. | | | | | Sold (part) | 11/20/14 | J | | |
| 277. - Angel Oak Multi-Strategy Income Fund | B | Dividend | K | T | Buy | 05/21/14 | L | | |
| 278. | | | | | Sold (part) | 11/20/14 | K | | |
| 279. - Legg Mason Brandywine Alternative Credit Fund | B | Dividend | K | T | Buy | 11/21/14 | K | | |
| 280. - Palmer Square Income Plus Fund | B | Dividend | K | T | Buy | 05/21/14 | K | | |
| 281. - Semper MBS Total Return Fund | A | Dividend | | | Buy | 05/21/14 | J | | |
| 282. | | | | | Sold | 11/20/14 | J | A | |
| 283. GC&H Investments Partnership | D | Distribution | | | Distributed (part) | 05/01/14 | J | | |
| 284. | | | | | Distributed | 10/29/14 | J | | |
| 285. GC&H Investments, LLC Partnership | D | Distribution | | | Distributed (part) | 05/01/14 | L | | |
| 286. | | | | | Distributed | 10/29/14 | K | | |
| 287. Jones Day Capital Account | D | Int./Div. | N | U | | | | | |
| 288. Jones Day 2015 Fund | D | Int./Div. | N | T | Buy (add'l) | 10/31/14 | K | | |
| 289. | | | | | Buy (add'l) | 11/26/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 291.  FSC Retreat at Conroe, Conroe, TX (2014 $75,000) | B | Rent | L | R | Buy | 07/07/14 | L | | |
| 292.  FSC Estates at Canyon Ridge, San Antonio, TX (2014 $75,000) | | None | L | R | Buy | 10/27/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I, Line 3 - Trust #2 closed on 12/23/2013.

(2) Part VII. The 2013 Financial Disclosure Report (Nomination) was filed with an ending date of December 17, 2013, thus leaving a period at the end of 2013 where no report was required to be made. In order to reconcile between the 2013 and 2014 Financial Disclosure Reports, please note the below transactions, which occurred between 12/17/2013 and 12/31/2013.

(a) Part VII, Line 9 - AT&T Common Stock was sold in full on 12/23/2013.

(b) Part VII, Lines 106-118 - These holdings (bonds and cash) were transferred from Brokerage #3 into Brokerage #2 on December 23, 2013.

(c) Part VII, Line 152 and Line 178 - This security was purchased on 12/17/2013.

(3) Part VII, Line 179 - IRA #1 received a rollover transfer from JRS II pension on 05/16/2014 in the amount of $701,969.50. These funds were the source of the new buy transactions in the account.

(4) Part VII, Line 119 - Trust #2 closed on 12/23/2013.

(5) Part VII, Line 153 - Inadvertently omitted asset in ▮▮▮▮▮▮▮▮ trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth L. Freeman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544